UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMONE T. JORDAN-EL,

    Plaintiff,

v.                                                Case No. 1:05-cv-424
                                                  HON. GORDON J. QUIST

G. MCLELLAN, et al.,

    Defendants.
_____/

**ORDER AND JUDGMENT**
**<u>APPROVING REPORT AND RECOMMENDATION</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #25) is approved and adopted as the opinion of the Court.

2. Defendants' motion for summary judgment (Docket #12) is GRANTED and plaintiff's complaint is DISMISSED.

3. The Court can discern no good-faith basis for an appeal. Accordingly, an appeal of this action would not be taken in good faith.


Dated: August 22, 2006                                            /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE